Case 3:08-cv-02105-JSW   Document 2   Filed 04/22/2008   Page 1 of 6

FILED
APR 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thomas Anthony Wichelman )
                         )
            Plaintiff,   )   CASE 08    2105
                         )
    vs.                  )   PRISONER'S
                         )   APPLICATION TO PROCEED
Ben Curry, Warden, et al )   IN FORMA PAUPERIS
                         )
            Defendant.   )   E-filing
_____)



I, Thomas A. Wichelman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

S. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or               Yes ____ No _X_
10         self employment
11     b.    Income from stocks, bonds,         Yes ____ No _X_
12         or royalties?
13     c.    Rent payments?                        Yes ____ No _X_
14     d.    Pensions, annuities, or                 Yes ____ No _X_
15         life insurance payments?
16     e.    Federal or State welfare payments,    Yes ____ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.     Are you married?                               Yes ____ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____

|   |   |
|---|---|
| 1 | b.  List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |
| 5 | _____ |
| 6 | _____ |
| 7 | 5.  Do you own or are you buying a home?    Yes ____ No _X_ |
| 8 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 9 | 6.  Do you own an automobile?    Yes ____ No _X_ |
| 10 | Make _____ Year _____ Model _____ |
| 11 | Is it financed? Yes ____ No ____ If so, Total due: $_____ |
| 12 | Monthly Payment: $_____ |
| 13 | 7.  Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.) |
| 14 | Name(s) and address(es) of bank: _____ |
| 15 | _____ |
| 16 | Present balance(s): $_____ |
| 17 | Do you own any cash?  Yes ____ No _X_ Amount: $_____ |
| 18 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19 | market value.)  Yes ____ No _X_ |
| 20 | _____ |
| 21 | 8.  What are your monthly expenses? |
| 22 | Rent: $_____ Utilities: _____ |
| 23 | Food: $_____ Clothing: _____ |
| 24 | Charge Accounts: |
| 25 | Name of Account         Monthly Payment         Total Owed on This Acct. |
| 26 | _____               $_____              $_____ |
| 27 | _____               $_____              $_____ |
| 28 | _____               $_____              $_____   9.  Do |

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 March 27, 2008                          *[signature]*
17      DATE                               SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Wichelman, Thomas A_ for the last six months at
Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)   [prisoner name]
Soledad, California 93960   where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _1.50_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _4.34_.

Dated: _4-16-08_       _Yolanda Chang_
                       [Authorized officer of the institution]

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Chang_
TRUST OFFICE
Acct 1 Specialist

-5-

```
REPORT ID: TS3030  .701                                          REPORT DATE: 04/16/08
                                                                 PAGE NO:          1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CTF SOLEDAD/TRUST ACCOUNTING
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 17, 2007 THRU APR. 16, 2008

ACCOUNT NUMBER : P62514                    BED/CELL NUMBER: NORAT300000315L
ACCOUNT NAME   : WICHELMAN, THOMAS ANTHONY       ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION   COMMENT     CHECK NUM  DEPOSITS    WITHDRAWALS   BALANCE

11/17/2007  BEGINNING BALANCE                                                  0.00
ACTIVITY FOR 2008
01/19 D320  TRUST FUNDS T 2268  CAL                  9.00                      9.00
03/20 W415  CASH WITHDRAW 3049 MAR08  203438570                  9.00          0.00
03/25 W810  CANCELLED CHE 3108 38470                             9.00-         9.00
04/09 W512  LEGAL POSTAGE 3287 LPOST                             2.16          6.84
04/10 W536  COPAY CHARGE  3266 0516                              5.00          1.84

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT    HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS   WITHDRAWALS    BALANCE   BALANCE     TO BE POSTED
---------     --------   -----------    -------   -------     ------------
   0.00         9.00         7.16         1.84     0.00          0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                          1.84
```

Correctional Training Facility
F. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960

ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Yolanda Chava
TRUST OFFICE
Acct / Specialist