**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 14, 2008

EDCV08-688 (CAS (RNB))

United States District Court-Central District
312 North Spring Street
Los Angeles, CA 90012

FILED
2008 MAY 19 PM 1:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

RE: CV 08-02105 JSW  THOMAS ANTHONY WICHELMAN-v-BEN CURRY

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒   Certified copy of docket entries.
- ☒   Certified copy of Transferral Order.
- ☐   Original case file documents.
- ☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        by: Hilary D. Jackson
        Case Systems Administrator

Enclosures
Copies to counsel of record

5/19/08
S. Szabo